No. 81–746. CITY OF AKRON *v.* AKRON CENTER FOR REPRODUCTIVE HEALTH, INC., ET AL.; and

No. 81–1172. AKRON CENTER FOR REPRODUCTIVE HEALTH, INC., ET AL. *v.* CITY OF AKRON ET AL. C. A. 6th Cir. [Certiorari granted, 456 U. S. 988.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Francois Seguin, M. D., et al. for divided argument and for additional time for oral argument denied. Motion of Legal Defense Fund for Unborn Children for leave to participate in oral argument as *amicus curiae* denied.

No. 81–1020. EXXON CORP. ET AL. *v.* EAGERTON, COMMISSIONER OF REVENUE OF ALABAMA, ET AL.; and

No. 81–1268. EXCHANGE OIL & GAS CORP. ET AL. *v.* EAGERTON, COMMISSIONER OF REVENUE OF ALABAMA. Sup. Ct. Ala. [Probable jurisdiction noted, 456 U. S. 970.] Motion of appellants for divided argument granted. Request for additional time for oral argument denied.

No. 81–1180. DICKERSON, DIRECTOR, BUREAU OF ALCOHOL, TOBACCO AND FIREARMS *v.* NEW BANNER INSTITUTE, INC. C. A. 4th Cir. [Certiorari granted, 455 U. S. 1015.] Motion of National Rifle Association of America for leave to participate in oral argument as *amicus curiae* denied.

No. 81–1255. PLANNED PARENTHOOD ASSOCIATION OF KANSAS CITY, MISSOURI, INC., ET AL. *v.* ASHCROFT, ATTORNEY GENERAL OF MISSOURI, ET AL.; and

No. 81–1623. ASHCROFT, ATTORNEY GENERAL OF MISSOURI, ET AL. *v.* PLANNED PARENTHOOD ASSOCIATION OF KANSAS CITY, MISSOURI, INC., ET AL. C. A. 8th Cir. [Certiorari granted, 456 U. S. 988.] Motion of Legal Defense Fund for Unborn Children for leave to participate in oral argument as *amicus curiae* denied.